UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JARNAL SINGH

               Petitioner,

v.

MICHAEL B. MUKASEY, et. al.,

               Respondents.

No. C08-1247-RSL-BAT

JOINT STIPULATION AND ORDER DISMISSING HABEAS PETITION

COMES NOW the Petitioner, by and through his counsel, Jay Warren Stansell, and the Respondents, by and through their counsel, Jeffrey S. Sullivan, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, and hereby stipulate to dismissal of Petitioner's Petition for Writ of Habeas Corpus by a Person in Federal Custody Pursuant to 28 U.S.C. § 2241.

WHEREAS on August 20, 2008, Petitioner filed a Petition for Writ of Habeas Corpus, which challenged his continued detention by U.S. Immigration and Customs Enforcement, and sought an order directing Respondents to release him from custody (Dkt. #4).

WHEREAS on Petitioner was released from custody on September 2, 2008.

NOW THEREFORE, the parties do hereby STIPULATE and AGREE that the Court may make and enter the following order:

1. Petitioner's Petition for Writ of Habeas Corpus by a Person in Federal Custody Pursuant to 28 U.S.C. § 2241 is hereby DISMISSED without prejudice, and without fees or costs to either party.

SO STIPULATED.

JOINT STIPULATION AND ORDER
DISMISSING HABEAS PETITION - 1
(C08-1247-RSL-BAT)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

DATED this 19th day of September, 2008.

/s/Jay Warren Stansell
JAY WARREN STANSELL, WSBA #18752
Attorney for Plaintiff

SO STIPULATED.

DATED this 19th day of September, 2008

JEFFREY C. SULLIVAN
United States Attorney

/s/Kristin B. Johnson
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
Attorney for Defendants

## ORDER

The Joint Stipulation to Dismiss Petition for Writ of Habeas Corpus by a Person in Federal Custody Pursuant to 28 U.S.C. § 2241 is APPROVED and GRANTED. Petitioner's Habeas Petition is hereby DISMISSED without prejudice, and without fees or costs to either party.

DATED this 24th day of September, 2008.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Recommended for Entry
This 22nd day of September, 2008.

/s/ BRIAN A. TSUCHIDA
BRIAN A. TSUCHIDA
United States Magistrate Judge

JOINT STIPULATION AND ORDER
DISMISSING HABEAS PETITION - 2
(C08-1247-RSL-BAT)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970